CLIFFORD W. STEVENS (SBN: 148918)
LISA BLANCO JIMENEZ (SBN: 234671)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
Post Office Box 20
Stockton, CA  95201-3020
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910
E-mail: ljimenez@neumiller.com

Attorneys for Plaintiff HARLEY MURRAY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HARLEY MURRAY, INC., a California corporation;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SILENT DRIVE INC. IOWA DIVISION, an Iowa corporation; and DOES 1 through 50, inclusive;<br><br>　　　　　Defendants. | Case No. 2:09-CV-01323-FCD-EFB<br><br>**STIPULATION AND ORDER FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM**<br><br>**[Local Rule 16-271]** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP") .The parties propose completion of VDRP by September 4, 2009 and that the Neutral be directed to file confirmation of completion on or before the earlier of ten days after completion or September 11, 2009. The parties agree that discovery shall be stayed pending participation in VDRP. The parties have conferred regarding the proposed request by Defendant to be relieved of the duty to appear in person at VDRP sessions, and Plaintiff shall not oppose such a request.

///

///

///

///

1

Stipulation and Order for VDRP Referral

576467-1

| | |
|---|---|
| Dated: July 27, 2009 | NEUMILLER & BEARDSLEE<br>A PROFESSIONAL CORPORATION |
| | By:   /s/ Lisa Blanco Jimenez<br>         LISA BLANCO JIMENEZ |
| | Attorneys for Plaintiff HARLEY MURRAY, INC. |
| Dated: July 23, 2009 | GEIGER & KEEN LLP |
| | By:   /s/ Timothy J. Kooy<br>         TIMOTHY J. KOOY |
| | Attorneys for Defendant SILENT DRIVE, INC. |

**IT IS SO ORDERED.**

Dated:  July 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE