CLIFFORD W. STEVENS (SBN: 148918)
LISA BLANCO JIMENEZ (SBN: 234671)
NEUMILLER & BEARDSLEE
A PROFESSIONAL CORPORATION
Post Office Box 20
Stockton, CA  95201-3020
Telephone:  (209) 948-8200
Facsimile:  (209) 948-4910
E-mail: ljimenez@neumiller.com

Attorneys for Plaintiff HARLEY MURRAY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HARLEY MURRAY, INC., a California corporation;<br><br>            Plaintiff,<br><br>     vs.<br><br>SILENT DRIVE INC. IOWA DIVISION, an Iowa corporation; and DOES 1 through 50, inclusive;<br><br>            Defendants. | Case No. 2:09-CV-01323-FCD-EFB<br><br>**STIPULATION AND ORDER REGARDING VDRP REFERRAL AND JOINT STATUS REPORT** |

The Court having entered an Order on Stipulation for referral of the above-entitled action to the Voluntary Dispute Resolution Program ("VDRP") on July 28, 2009, Charles J. Stevens, Esq. having been appointed as Neutral on August 4, 2009, and the VDRP session having been scheduled for September 30, 2009, the parties hereby stipulate and make this request to continue the last day for: (1) the parties to complete the VDRP session to October 1, 2009; (2) Mr. Stevens to submit confirmation of completion of the VDRP session to October 16, 2009; and (3) the parties to file a Joint Status Report to October 16, 2009, if the case has not settled and a Notice of Settlement has not been earlier filed.

///

///

///

1

Stipulation and Order Regarding VDRP and Joint Status Report

581615-1

| | | |
|---|---|---|
| 1 | Dated: September 1, 2009 | NEUMILLER & BEARDSLEE<br>A PROFESSIONAL CORPORATION |

By: /s/ Lisa Blanco Jimenez_____
    LISA BLANCO JIMENEZ

Attorneys for Plaintiff HARLEY MURRAY, INC.

Dated: September 1, 2009    GEIGER & KEEN LLP

By: /s/ Timothy J. Kooy_____
    TIMOTHY J. KOOY

Attorneys for Defendant SILENT DRIVE, INC.

**IT IS SO ORDERED.**

Dated:  September 1, 2009

_____
FRANK C. DAMRELL, JR.
  UNITED STATES DISTRICT JUDGE