UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HARLEY MURRAY, INC.

        Plaintiff,

     v.

SILENT DRIVE INC.

        Defendant.

_____/

NO.  2:09-CV-1323 FCD EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representation of the parties, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 9, 2009.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: October 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE